# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
### (Springfield Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| DRAKE D. DARGON, SR., ) | |
| *fka* Daniel Paul Dargon ) | Chapter 7 |
| ) | Case No. 20-30300 |
| Debtor ) | |
| ) | |
| STATE OF NEW HAMPSHIRE ) | |
| BANKING DEPARTMENT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | Adv. No. |
| DRAKE D. DARGON, SR., ) | |
| *fka* Daniel Paul Dargon ) | |
| ) | |
| Defendant ) | |

## COMPLAINT TO DETERMINE AND DECLARE
## DEBT EXCEPTED FROM DISCHARGE

Now comes the STATE OF NEW HAMPSHIRE BANKING DEPARTMENT (the "Banking Department"), and respectfully requests a determination and judgment declaring that a certain amount due by the Debtor, DRAKE D. DARGON, SR., *fka* Daniel Paul Dargon ("Dargon") for civil restitution, to wit: monies collected from consumers on the false pretense that Dargon was authorized by law to engage in the business of mortgage originating, banking and brokering, and to collect fees and otherwise obtain compensation therefor, is non-dischargeable under 11 U.S.C. 11 U.S.C. § 523(a)(2)(A). In support hereof, the Banking Department states as follows:

## I.    Jurisdiction, Venue and Authority

1. This Court has jurisdiction over the parties and subject matter pursuant to 28 U.S.C. §§ 157(b) and 1334(b); venue is proper in this court as an adjunct to the chapter 7 bankruptcy proceeding.

2. This is a core proceeding under 28 U.S.C. § 157(b)(1) and (2), (I).

## II.    The Parties

3. The Banking Department is an executive agency of the State of New Hampshire with principal offices at 53 Regional Drive, Suite 200, Concord, NH 03301.

4. Dargon is the Debtor in the instant chapter 7 proceeding.

## III.    Allegations of Fact

5. Dargon owned, operated and served as the sole member of a member-managed New Hampshire limited liability company, Dargon Law Firm, P.L.L.C. ("Dargon Law").

6. Dargon and Dargon Law, with offices in New Hampshire, engaged in the businesses of mortgage brokerage and mortgage loan origination and, in connection therewith, unlawfully solicited, charged and collected from not less than ninety-two (92) New Hampshire consumers certain compensation, including but not limited to fees. Dargon and Dargon Law did so under the false pretense that they were licensed by the Banking Department or otherwise authorized by law to do so.

7. On or about June 30, 2011, in connection with an adjudicative proceeding commenced by the Banking Department, and following a December 2010 hearing, the Presiding Officer issued a Final Order against Dargon and Dargon Law that assessed and directed the payment of civil fines and of restitution to ninety-two (92) consumers, amounting to $147,196.99.

8. Dargon filed a Motion for Rehearing, after which he notified the Presiding Officer that he had left for active duty with the United States Army and that he declined to waive his rights under the Servicemembers Civil Relief Act. The administrative proceeding was thus suspended.

9. The amounts assessed for restitution remain unpaid.

### Count I
### [Non-Dischargeability of Debt Under 11 U.S.C. § 523(a)(2)(A)]

10. The allegations set forth in paragraphs 1 through 9 hereof are restated and incorporated by reference.

11. Monies collected from consumers – $147,196.99 – on the false pretense that Dargon was authorized by law (a) to engage in the business of mortgage originating, banking and brokering, and (b) to collect fees and otherwise obtain compensation therefor, generated a debt for restitution that is non-dischargeable under 11 U.S.C. § 523(a)(2)(A).

WHEREFORE, the Banking Department respectfully requests that this Honorable Court:

A. Issue a judgment declaring that the balance due by the Debtor for civil restitution – $147,196.99 – is non-dischargeable under 11 U.S.C. § 523(a)(2)(A); and

B. Grant such other and further relief as justice may require.

Respectfully submitted,

STATE OF NEW HAMPSHIRE
BANKING DEPARTMENT

By its attorney,

GORDON J. MacDONALD
ATTORNEY GENERAL

Date:  August 21, 2020      By: /s/ Lawrence M. Edelman[1]
                            Lawrence M. Edelman, BBO # 151010
                            Assistant Attorney General
                            Civil Bureau
                            New Hampshire Dept. of Justice
                            33 Capitol Street
                            Concord, NH 03301
                            Tel. (603) 271-3650
                            lawrence.edelman@doj.nh.gov

---

[1] In good standing with the U.S. District Court for the District of Massachusetts; retired from the bar of the Commonwealth of Massachusetts.