Certificate Number: 00301-MA-DE-034901759

Bankruptcy Case Number: 20-30300



00301-MA-DE-034901759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2020, at 11:19 o'clock AM EDT, DRAKE DAVID DARGON SR completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   September 21, 2020            By:    /s/Rose Poley

                                      Name:  Rose Poley

                                      Title: Certified Bankruptcy Counselor