UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| DRAKE D. DARGON, SR., ) | |
| ) | CASE NO: 20-30300-EDK |
| Debtor. ) | |

## MOTION TO AMEND

Now comes the Debtor, DRAKE D. DARGON, SR., by and through his attorney, and requests authority to amend Schedule E/F, and the Creditor Matrix. In support, hereof, the Debtor states the following:

1. Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on May 26, 2020.

2. By accident and inadvertence, the Debtor did not list all of his creditors on the original Creditor Matrix filed with the Bankruptcy Court. The list of additional creditors is attached hereto as Exhibit A.

3. The Amended Schedule E/F, and the Amended Creditor Matrix accurately lists all of the Debtor's creditors.

WHEREFORE, Debtor requests that he be allowed to amend his Schedule E/F, and Creditor Matrix, and such other relief the Court deems just.

Respectfully submitted,
THE DEBTOR
DRAKE D. DARGON, SR.
By his attorney

Dated: October 25, 2021

/s/ Eric D. Kornblum
Eric D Kornblum, Esq., BBO# 561614
94 North Elm Street, Suite 402
Westfield, MA 01085
Tel. 413-568-3900; Fax 413-568-3955
E-mail: edkclientsbk@gmail.com