UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| DRAKE D. DARGON, SR., ) | |
| ) | CASE NO: 20-30300-EDK |
| Debtor. ) | |

NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Please take notice that the Debtor has relocated. The new address for Debtor is:

Drake D. Dargon, Sr.
198 Hillside Road
Southwick, MA 01077

Dated: October 25, 2021           /s/ Eric D. Kornblum
                                  Eric D. Kornblum,
                                  94 North Elm Street, Suite 402
                                  Westfield, MA 01085
                                  Phone: (413) 568-3900
                                  Fax: (413) 568-3955
                                  BBO#561614
                                  e-mail: edkclientsbk@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

IN RE:                              )
                                    )    CHAPTER 7
   DRAKE D. DARGON, SR.,            )
                                    )    CASE NO: 20-30300-EDK
                      Debtor.       )

CERTIFICATE OF SERVICE

I, Eric D. Kornblum, Esq., state that on October 25, 2021, I electronically filed the foregoing Notice of Change of Address with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. It is my understanding that notice of this filing will be provided by the CM/ECF System to the following CM/ECF participants:

    Office of the U.S. Trustee

    Gary M. Weiner, Esq., Chapter 7 Trustee

I certify that on October 25, 2021, I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants.

Drake D. Dargon, Sr.
198 Hillside Road
Southwick, MA 01077

And to all parties on the attached sheet(s).

                                               /s/ Eric D. Kornblum
                                               Eric D Kornblum, Esq.

Albert Bittle
8 Linden Street
Manchester, NH 03104

Allyson LaFrance
17 Cheney Street
Newport, NH 03773

Alvina Vatalaro
7 Saint James Place, Apt. 720
Nashua, NH 03062-4610

Alvina Vatarlaro
16 Blueberry Lane
Nashua, NH 03062

American Express
P. O. Box 981537
El Paso, TX 79998

Betty Delisle
15 Malvern Street
Manchester, NH 03104

Brian Davern
1 Cotton Farm Road
Sandown, NH 03873

Brian Lawrence
142 Dewey Street
Manchester, NH 03103

Brian Pereira
10 Brady Avenue
Derry, NH 03038

Bruce Small
1 Frances Drive
Seabrook, NH 03874

Carol Tubman
11 Birch Tree Lane
Center Ossipee, NH 03814

Christopher Bills
16 Bradford Circle
Hillsborough, NH 03244

Daniel Bliven
153 Saint Anselms Drive
Goffstown, NH 03045

Danny Heath
33 Willard Road
New Ipswich, NH 03071

David Fraser
468 Old Turnpike Road
Epsom, NH 03234

Debora Sudanowicz
100 Fairview Lane
Bristol, NH 03222

Dennis and Patricia Newhart
161 Ridge Road
Northwood, NH 03261

Earl Harriman
586 Shaker Road
Canterbury, NH 03224

Edson Sloan
11 Wilshire
Pelham, NH 03076

Elizabeth Bryant
36 Bartley Hill Road
Londonderry, NH 03053

Elizabeth Guertin
2 Golden Drive
Bedford, NH 03110

Ernest Economides
25 Downing Street
Concord, NH 03301

```
Esperanza Mina
33 Green Road
Raymond, NH 03077

Fedloan Servicing
P. O. Box 60610
Harrisburg, PA 17106-0610

Gary Moore
15 Moores Lane
Seabrook, NH 03874

George Connolly
141 South Road
Deerfield, NH 03037

George Connolly
10A Old Blood Road
Merrimack, NH 03054-2915

George Potvin
33 Duston Road
Windham, NH 03087

Glen Wheldon
119 Garland Drive
Pelham, NH 03076

Hawaiian Electric Company, Inc.
P. O. Box 30260
Honolulu, HI 96820-0260

Henry Littlefield
99 Merrimack Street
Laconia, NH 03246

Hisar Siagian
29 Chadwick Road
 NH 03078

Jessica Bordon-Elfner
19 Stackpole Road
Somersworth, NH 03878
```

John Arsenault
15 Jackson Street
Laconia, NH 03246

John Fleming
36 Kelly Pond Road
New Hampton, NH 03256

John Sergi
16 Marsh Road
Pelham, NH 03076

Jonathan Griffus
4 Toofs Drive
Winchester, NH 03470

Karl and Darlene Kohanski
427 Narrows Road
Center Barnstead, NH 03225

Karl Keraghan
156 Clyde Road, Unit 15
Derry, NH 03038

Kathleen Donovan
54 Kelly Road
Salem, NH 03079

Kathy Cherok
74 Whipple Avenue
Laconia, NH 03246

Kathy Lorenz
400 N Stark Highway
Weare, NH 03281

Kenneth Cain
109 Drake Road
Effingham, NH 03882

Kenneth Cain
760B Route 16
Ossipee, NH 03864-7166

Kenneth Rudolph
6 Tilton Hill Road
Pittsfield, NH 03263

Kevin Germino
102 Bean Road
Merrimack, NH 03054

Leigh Walker
44 Heights Road
Concord, NH 03301

Leonard Gagne
7-9 Henry Street
Claremont, NH 03743

Marc Aliotta
15 Pine Acres Road
Suncook, NH 03275

Martin Nagle
19 Toddy Brook Road
Hollis, NH 03049

Matthew Wall
19 Maple Street
Pembroke, NH 03275

Maureen Minkle-French
31 Cypress Street
Salem, NH 03079

Melissa Dargon-Correia
166 Montgomery Road
Westfield, MA 01085

Michael Fauscher
5 Bannister Road
Salem, NH 03079

Michael White
124 Bog Road
Concord, NH 03303

Mr. and Mrs. Frank Cochrane
87 West Road
Canterbury, NH 03224

Mr. and Mrs. Thomas Babcock
79 Labree Road
New Boston, NH 03070

Pascual Espinosa
117 Bittersweet Drive
Manchester, NH 03109

Paul Barlow
85 Walnut Hill Road
Derry, NH 03038

Paul Barlow
87 Chester Road
Derry, NH 03038-3955

Paul Gulliver
37 Baldwin Street
Salem, NH 03079

Ralph Mecheau
28B Grandview Road
Bow, NH 03304

Ray Berard
521 Raymond Raod
Candia, NH 03034

Raymond Moore
176 Shaw Road
Tilton, NH 03276

Raymond Moore
60 Lesmerises Road
Loudon, NH 03307-1005

Richard DeBenedetto
11 Sanborn Street
Danville, NH 03819

Robert Gates
6 Hill Street
Hillsborough, NH 03244

Ruth Alexander
22 Wallock Acres
Winchester, NH 03470

Sara Duncan
63A Turnpike Road
New Ipswich, NH 03071

Sean Huard
166 Kearsarge Street
Manchester, NH 03102

Spectrum
1600 Dublin Road
Columbus, OH 43215-2872

State of New Hampshire Banking Dept.
53 Regional Drive #200
Concord, NH 03301

Stephen Barbett
7 Stevens Road
North Hampton, NH 03862

Stephen Janelle
80 Drew Road
Dover, NH 03820

Steven Amirault
101 McQuesten Street
Manchester, NH 03102

T-Mobile
c/o Amsher Collection Services, Inc.
4524 Southlake Pkwy, Ste 15
Hoover, AL 35244-3271

T-Mobile USA
P. O. Box 742596
Cincinnati, OH 45274-2596

Thomas Golden
1 Mason Drive
Salem, NH 03079

Thy Sim
21 Whipporwill Ridge
Farmington, NH 03835

Timothy Comeau
407 New Orchard Road
Epsom, NH 03234

Todd Monteiro
108 Hutchinson Road
Chichester, NH 03258

Tracy Bachert
718 Bryant Road
Manchester, NH 03109

Vincent Gaudette
274 Victory Drive
Franklin, NH 03235

Walter Paige
131 Route 27
Raymond, NH 03077

Yvonne Hole
59 Cluff Road, U6
Salem, NH 03079