ALLOWED. NO OBJECTIONS HAVE BEEN FILED.

Dated: 11/15/2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 |
| DRAKE D. DARGON, SR., | ) |
| | ) CASE NO: 20-30300-EDK |
| Debtor. | ) |

## MOTION TO AMEND

Now comes the Debtor, DRAKE D. DARGON, SR., by and through his attorney, and requests authority to amend Schedule E/F, and the Creditor Matrix. In support, hereof, the Debtor states the following:

1. Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on May 26, 2020.

2. By accident and inadvertence, the Debtor did not list all of his creditors on the original Creditor Matrix filed with the Bankruptcy Court. The list of additional creditors is attached hereto as Exhibit A.

3. The Amended Schedule E/F, and the Amended Creditor Matrix accurately lists all of the Debtor's creditors.

WHEREFORE, Debtor requests that he be allowed to amend his Schedule E/F, and Creditor Matrix, and such other relief the Court deems just.

Dated: October 25, 2021

                                                   Respectfully submitted,
                                                 THE DEBTOR
                                                 DRAKE D. DARGON, SR.
                                                 By his attorney

                                                 /s/ Eric D. Kornblum
                                                 Eric D Kornblum, Esq., BBO# 561614
                                                 94 North Elm Street, Suite 402
                                                 Westfield, MA 01085
                                                 Tel.  413-568-3900; Fax 413-568-3955
                                                 E-mail: edkclientsbk@gmail.com